
## AFFIDAVIT OF SERVICE

Index no : 1:23-cv-409 (AMN/TWD)
Date Filed: 04/03/2023

| Plaintiff(s): | ANDRE JOHNSON |
| --- | --- |
| Defendant(s): | PHOENIX PROFESSIONAL PROTECTION, INC., ET ANO |

STATE OF NEW YORK
COUNTY OF ALBANY    ss.:

**Corey Doyle**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **04/21/2023** at **9:11 AM**, I served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, COMPLAINT AND EXHIBITS TO COMPLAINT** on **HENRY I KLEIN** at **227 Longhouse Lane, Slingerlands, NY 12159** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **MELISSA KLEIN, WIFE** of **HENRY I KLEIN**, a person of suitable age and discretion. Said premises is Defendant(s)'s usual place of abode within the state.

On **04/21/2023**, deponent completed service by depositing a true copy of each properly sealed postpaid with first class postage and addressed to the recipient at above service address in an official depository under the exclusive care and custody of the U. S. Postal Service with no indication that legal documents were contained within. The envelope was marked personal and confidential.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | White | Blonde | 50-56 | 5Ft5In-5Ft6In | 110 lbs |

Other Features:

I asked the person spoken to whether **Defendant(s)** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 04/24/2023

_____
Notary Public

[✓] Victoria Nelson
Notary Public, State of NY
No. 01NE6376548
Qualified in Albany County
Commission expires 06/11/2026

[ ] McKayla Wilkinson
Notary Public, State of New York
No. 01WI6406416
Qualified in Schenectady County
Commission expires 3/30/24

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2027

X_____
Corey Doyle
Lexitas
1235 Broadway, 2nd Floor
New York, NY 10001
212-233-4040
8857443
8857443

